UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Case No. 25-cr-019 (RJL) |
| : | |
| BENJAMIN GRABINSKI,   : | |
| : | |
| Defendant.   : | |

## STATUS REPORT

Pursuant to the Court's August 14, 2025 Minute Order, the Government provides the following status report:

1.   On April 10, 2025, the Court ordered that a mental health evaluation be conducted of Mr. Grabinski to determine his competency to stand trial.

2.   On June 3, 2025, Dr. Jami Mach, a licensed clinical psychologist, opined that based on her evaluation, Mr. Grabinski was not presently competent to stand trial.  Dr. Mach found, however, that it was reasonable to expect that with appropriate intervention, his competency to proceed could be restored.

3.   The Government has review Dr. Mach's report and agrees with the conclusions therein.

4.   Therefore, the Government requests that the Court issue an order pursuant to 18 U.S.C. § 4241(d), finding that Mr. Grabinski is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, and commit him to a suitable facility for competency restoration.

5.   Pursuant to 18 U.S.C. § 4241(d)(1), Mr. Grabinski should be hospitalized for a

reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward; and for an additional reasonable period of time until either his mental condition is so improved that trial may proceed, if the court finds that there is a substantial probability that within such additional period of time he will attain the capacity to permit the proceedings to go forward; or the pending charges against him are disposed of according to law, whichever is earlier.

6. The Government notes that the Court instructed the parties to file a joint status report regarding this issue on August 21, 2025. While the Government and defense counsel discussed that status report, the Government inadvertently failed to file that report on that date.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:  /s/ Cameron A. Tepfer
Cameron A. Tepfer
N.Y. Attorney No. 5248208
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
202-258-3515
Cameron.Tepfer@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 25-cr-019 (RJL) |
| : | |
| BENJAMIN GRABINSKI, : | |
| : | |
| Defendant. : | |

## PROPOSED ORDER

Upon consideration of the Government's status report, and a review of Dr. Jami Mach's June 3, 2025 report, the Court finds as follows:

1.   Mr. Grabinski is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

2.   Accordingly, pursuant to 18 U.S.C. § 4241(d), the Court ORDERS that Mr. Grabinski be committed to the custody of the Attorney General.

3.   The Court further ORDERS that the Attorney General shall hospitalize Mr. Grabinski for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward.

4.   The Court further ORDERS that upon his arrival at a suitable facility, that facility shall provide a written update to the Court and counsel for the Government and Mr. Grabinski.

5.   The Court further ORDERS that reasonably prior to the expiration of the four-month assessment period, the facility to which Mr. Grabinski has been committed shall issue an

3

assessment in writing addressing whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward.

SO ORDERED.

Dated:_____

                                THE HONORABLE RICHARD J. LEON
                                UNITED STATES DISTRICT COURT JUDGE