UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 25-cr-19 (RJL) |
| BENJAMIN GRABINSKI, | |
| Defendant. | |

**Motion to Treat as Conceded Defendant's Motion to Dismiss Indictment**

Benjamin Grabinski, through counsel, respectfully requests that this Court treat his motion to dismiss (ECF 25) as conceded. The government failed to timely prosecute Mr. Grabinski in his prior case based upon the same allegations, leading this Court to dismiss the charges without prejudice. See 22-cr-221 (RJL), ECF 55. Then, after reindicting Mr. Grabinski, the government continued its abject failure to prosecute Mr. Grabinski within the parameters of the Speedy Trial Act and the Insanity Defense Reform Act, as delineated in the pending motion to dismiss. (ECF 25). To compound matters the government has not responded to the defendant's motion to dismiss filed on October 8, 2025, nor has it requested additional time to do so. As such, the motion to dismiss should be considered conceded and this case should be dismissed with prejudice without further delay. The local rules of this Court specifically provide that the opposing party must file any opposition to a motion within 14 days and that if they do not do so, "the Court may treat the motion as conceded." LCrR 47(b).  The government's repeated pattern of neglect in this case while Mr. Grabinski has been held in custody for nearly 3 ½ years renders anything less a miscarriage of justice.

## CONCLUSION

For the above reasons, Mr. Grabinski respectfully requests that the Court treat his motion as conceded, dismiss the indictment with prejudice and order his immediate release.

Respectfully submitted,

A. J. KRAMER
Federal Public Defender

_____/s/_____
MICHELLE PETERSON
Chief Assistant Federal Public Defender
Federal Public Defender's Office
625 Indiana Ave NW, Suite 550
Washington, D.C. 20004
