## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )    **Criminal Case No. 25-19 (RJL)** |
| | ) |
| BENJAMIN GRABINSKI, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER
January ___, 2026 [Dkt. #25]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant Benjamin Grabinski's [Dkt. #25] motion to dismiss is **GRANTED**; and it is further

**ORDERED** that the [Dkt. #1] Indictment is hereby **DISMISSED WITH PREJUDICE**.

This is a final, appealable order.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge

1